UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DISCOVERY BANK,

          Plaintiff,

   v.

EUGENE KORTE,

          Defendant.

No.  2:13-cv-1726 GEB CKD PS

ORDER

     Defendant, proceeding pro se, removed the above-entitled action from state court. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

     On August 27, 2013, the magistrate judge filed findings and recommendations herein which were served on defendant and which contained notice to defendant that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed August 27, 2013 are adopted in full; and

3  2. The above-entitled action is summarily remanded to the Superior Court of California, County of Solano.

Dated: September 17, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge